United States District Court

Eastern District of California

Brian Williams,

    Petitioner,

vs.

Robert Ayers, Jr. Warden,

    Respondent.

No. Civ. S 98-1816 FCD PAN P

Order

-oOo-

April 13, 2005, petitioner requested a second extension of time to file and serve objections to the February 10, 2005, findings and recommendations.  Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated:  May 12, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge