United States District Court

Eastern District of California

Brian Williams,

     Petitioner,            No. Civ. S 98-1816 FCD PAN P

  vs.                          Order

Robert L. Ayers,

     Respondent.

-oOo-

    May 19, 2005, petitioner requested a third extension of time to file and serve objections to findings and recommendations. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated: May 31, 2005.

                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge