United States District Court

Eastern District of California

Brian Williams,

    Petitioner,

vs.

Jim Hamlet, Warden,

    Respondent.

No. Civ. S 98-1816 FCD PAN P

Order

-oOo-

July 6, 2005, petitioner requested a fourth extension of time to file and serve objections to findings and recommendations.[1] For the fourth time he asserts a need for additional time to research grounds for objection. Petitioner fails to show good cause and so his fourth request for an extension of time is denied.

So ordered.

---

[1] Jim Hamlet, Warden of California Training Facility, is substituted as respondent. See Rule 2(a), Rules Governing § 2254 Proceedings; Fed. R. Civ. P. 25(d).

1  Dated: July 12, 2005.

2                                   /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
3                                   Magistrate Judge