United States District Court

Eastern District of California

Brian Williams,

    Petitioner,                        No. Civ. S 98-1816 FCD PAN P

  vs.                                     Order

Jim Hamlet, Warden,

    Respondent.

-oOo-

August 8, 2005, the court denied petitioner's application for a writ of habeas corpus and the clerk of the court duly entered judgment. Petitioner seeks relief from judgment.

Pursuant to Fed. R. Civ. P. 60(b):

> On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3)

1  fraud (whether heretofore denominated intrinsic or
   extrinsic), misrepresentation, or other misconduct of
2  an adverse party; (4) the judgment is void; (5) the
   judgment has been satisfied, released or discharged, or
3  a prior judgment upon which it is based has been
   reversed or otherwise vacated, or it is no longer
4  equitable that the judgment should have prospective
   application; or (6) any other reason justifying relief
5  from the operation of the judgment.

6     Petitioner does not demonstrate he is entitled to relief

7 from judgment.

8     Accordingly, petitioner's August 22, 2005, request is

9 denied.

10    So ordered.

11 DATED:August 31, 2005

12

13                           /s/ Frank C. Damrell Jr.
                             FRANK C. DAMRELL JR.
14                             United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26