IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN WILLIAMS,

    Petitioner,　　　　　　　　　　　　　　No. CIV S-98-1816 FCD PAN P

  vs.

JIM HAMLET, Warden,

                                               ORDER

    Respondent.

      On February 10, 2005, Findings and Recommendations were filed recommending that the petition for a writ of habeas corpus be denied. On August 8, 2005, the assigned district judge adopted that recommendation and denied the petition. Judgment was entered accordingly and this case was closed. On August 22, 2005, petitioner filed a motion for relief from judgment and on September 1, 2005, the court denied the motion. On September 6, 2005, petitioner filed a request for an extension of time to file a notice of appeal, which the court denied October 6, 2005.

      Petitioner filed on September 8, 2006, a request for appointment of counsel to assist him in obtaining a certificate of appealability. The request is untimely and petitioner has not demonstrated good cause for submitting exhibits and objections after judgement has been entered.

1     Accordingly, petitioner's implicit request for an extension of time, and his request for
2 counsel are denied.

3     The court notes that it will issue no response to future filings not authorized by the
4 Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

5     So ordered.

6 Dated: September 25, 2006.

                           EDMUND F. BRENNAN
                           UNITED STATES MAGISTRATE JUDGE

\will1816.case closed - no action(hc)