UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


**ORDER OF REASSIGNMENT**


The Court, having considered the appointment of Magistrate Judge Edmund F. Brennan, finds the necessity for reassignment of this action, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

This action is hereby reassigned from Magistrate Peter A. Nowinski, to Magistrate Judge Edmund F. Brennan, for all further proceedings.  The new case number for this action, which must be used on all future documents filed with the court, is reflected on the Notice of Electronic Filing accompanying this order.

All dates currently set in this reassigned action shall remain pending subject to further order of the court.


Dated:  June 19, 2009


_____    _____
                                                          /s/ - Anthony W. Ishii
                                                          ANTHONY W. ISHII
                                                          Chief United States District Judge