IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN WILLIAMS,

    Petitioner,                      No. CIV S-98-1816 FCD EFB P

   vs.

ROBERT AYERS, Jr., Warden,

    Respondent.                  <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's August 8, 2005, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

       A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1    For the reasons set forth in the magistrate judge's February 10, 2005, findings and
2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 right.  Accordingly, a certificate of appealability should not issue in this action.
4    IT IS SO ORDERED.
5 DATED: July 13, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE